value approximating $38,000. The loan was made on September 23, 1920; on March 3, 1921, the affairs of the bankers became involved and their assets were taken over by the state banking department. On April 11, 1921, a claim was filed with the state banking department, setting forth the transaction, tendering payment of the amount with interest and demanding the return of the securities deposited, which claim was rejected by the state banking department. The question was as to whether the transaction in which the plaintiff had borrowed the money upon his note and deposited the securities as collateral therefor had been had with the defendants as private bankers, as claimed by the plaintiff, or whether, as claimed by the banking department, the transaction had been had with a separate firm composed of the same individuals as the defendants in this action, who were likewise copartners under the name of Imbrie & Co., transacting business as investment brokers.

*Ira Skutch* and *Eli S. Wolbarst* for appellant.
*John J. Curtin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

ERIC M. DE SHERBININ, Respondent, *v.* BREMER-WALTZ CORPORATION, Appellant, Impleaded with Another.

*Contract — commissions — action to recover commissions on sale to foreign government.*

*de Sherbinin* v. *Bremer-Waltz Corpn.*, 205 App. Div. 881, affirmed. (Argued November 27, 1923; decided December 27, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover commissions on an alleged sale of aluminum to the Russian government. The defense was a general denial. Also that the con-

tracts proved by plaintiff were between Great Britain and the defendant and that plaintiff had failed to prove that Great Britain had acted as agent for Russia.

*Francis X. Carmody* for appellant.

*Charles H. Tuttle* and *William B. Roulstone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

LORD CONSTRUCTION COMPANY, Respondent, *v.* WILLIAM K. ROSS et al., as Copartners under the Name of WHALE CREEK IRON WORKS et al., Appellants.

*Contract — action to recover cost of completion of work abandoned by contractor — defense of delay.*

*Ford Construction Co.* v. *Ross*, 206 App. Div. 663, affirmed.

(Argued November 28, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought against the defendants Ross and Weiss as building contractors, and the National Surety Company as their surety, to recover the excess cost of completing a subcontract for the erection by the defendants of certain stairways and ornamental iron work on railroad stations of the Coney Island subway. It was alleged that following the virtual abandonment by the defendants of their performance of the subcontract, plaintiff, pursuant to the contract provisions, took over the work of completion. The defense was delay on the part of the plaintiff to furnish the necessary drawings and site for performance of the work.

*Howard G. Wilson* and *John C. Wait* for appellants.

*Albert Stickney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.